UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

_____Division

## CIVIL RIGHTS COMPLAINT FORM

Marquise D Ponde
_____

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Central Florida
State of Florida
C. Toriox
Asst. Worder Robinson,

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

CASE NUMBER:_____
(To be supplied by Clerk's Office)

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Central Florida Reception Cente
(Indicate the name and location)

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes (✓) No ( )

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)                                                1

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes (✓) No ( )

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No ( )   N/A

       a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes (✓) No ( )

       b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

DC 225 (Rev. 9/03)                                        2

    1. Did you submit an informal grievance (Form DC3-005)? Yes (✓) No ( )

    2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

    1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (✓)

    2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

    3. Did you submit a formal grievance (Form DC1-303)? Yes (✓) No ( )

    4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

    1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes (✓) No ( )

    2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __9th__ day of __Jan__, 2 __026__.

                                                                  _____
                                                                  Signature of Plaintiff

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes (✓) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No ( )

C. If your answer is YES:

1. What steps did you take? I imediate report it to the Sgt Garcia/ the She gave the forms and said She'll take it to him.

2. What were the results? He did nothing and they still had C-Toriox work in F dorm they all thought SA is funny

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: CFRC Kelp All the Copies

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___9th___ day of ___Jan___, 2 _026_.

_____
Signature of Plaintiff

DC 225 (Rev. 9/03)                                   4

IV. **PREVIOUS LAWSUITS:**

   A. Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
   Yes ( ) No (✓)

   B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
   Yes ( ) No (✓)

   C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): _____

      _____

      Defendant(s): _____

      _____

   2. Court (if federal court, name the district; if state court, name the county):

      _____

   3. Docket Number: _____

   4. Name of judge: _____

   5. Briefly describe the facts and basis of the lawsuit: _____

      _____

      _____

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

      _____

      _____

   7. Approximate filing date: _____

   8. Approximate disposition date: _____

   D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

_____
_____
_____
_____

V.  **PARTIES:** In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff: __Marquise Pounde__

Mailing address: __7000 HC Kelley Rd__
__Orlando, FL 32831__

B.  Additional Plaintiffs: _____
_____
_____

In part C of this section, indicate the <u>full name</u> of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant: __Central Florida Reception Center__

Mailing Address: __7000 HC Kelley Rd__
__Orlando FL 32831__

Position: __N/A__

Employed at: __FDOC__

D.  Defendant: __Asst. Warden Robinson__

Mailing Address: __Central Florida Reception Center 7000 HC Kelley Rd__

Position: __Asst. Warden__

Employed at: __CFRC__

DC 225 (Rev. 9/03)                      6

E. Defendant: _C. Toriox_
   Mailing Address: _Central Florida Reception Center_
   _7000 HC Kelley Rd_
   _Orlando, FL 32831_
   Position: _N/A_
   Employed at: _Central Florida Reception Center_

F. Defendant: _State of Florida_
   Mailing Address: _N/A_
   Position: ____
   Employed at: ____

G. Defendant: ____
   Mailing Address: ____
   Position: ____
   Employed at: ____

VI.  **STATEMENT OF CLAIM:** State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

In Oct at like 4am I was stand in the entry walk in day area. Leo C. Torico, came and told me to turn and face the wall for no reason. I was being illegally search the Leo fondled me by put his thumbs on buttox and testicles. I still told I fell unsafe to Sgt. Garcia after we all went out to eat breakfast. Sgt Garcia was outside escorting inmates when he waited till after she left the dorm to do all this. I also had two other prisoner who witnessed it and they both wrote statements and I mailed already out to this court

VII. **STATEMENT OF FACTS:** State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)). It is a Fact the office at 4am tounched me in appropriate. It also fruit of the poisonous tree because there wasn't proable cause. It a fact under the third Amendment he has to prove how the search was plegal otherwise it a illegal search. It's a violation under Sec1988 that he knowing violated the 3rd Amendment by doing so it a fact under 4th Amendment that regardless of guilty at trial

Case 6:26-cv-00089-GAP-LHP   Document 1   Filed 01/14/26   Page 9 of 10 PageID 9

Statement of Facts, continued:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

VIII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes. I am seeking for $875,000 from every named defendant. The contingency is on all there asset to be used for the settlement. The claim include 86% and 95% intrest I seek wage garnishing to begin now until it settle The surcurity of the claim is on the request for a leanhold on all the name defendents I seek decolatory and a permanent injunction wit a gag order piece

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this ___9th___ day of ___Jan___, 2_026_.

_/s/ M. Endly_

(Signatures of all Plaintiffs)

DC 225 (Rev. 9/03)

10