```
IRN0105                          REPORT OF ADMINISTRATIVE CONFINEMENT, DC6-233A              11/06/2025  08:42
                                                  CFRC-MAIN                                      PAGE       1

INMATE NAME: BATTERTON, JOSHUA M         DC#: A21518    PREV LOC/HOUS/JOB: 320/H1111U/S05   HOUS: H1111U   P.O. BOX:

*SECTION I:    PLACEMENT IN ADMINISTRATIVE CONFINEMENT    (OR POSSIBLE PROTECTION NEED FROM SPECIAL MGT CASE)
DATE: 11/06/2025   TIME: 07:19
DISP: Z01 = AC-DISCIPLINARY CHARGES
STAFF: DJP19 - DAVILA-RIVERA,JOHN P
      ON NOVEMBER 6, 2025, AT 0719 , INMATE BATTERTON, JOSHUA DC#A21518 WAS PLACED IN ADMINISTRATIVE CONFINEMENT BY CAPTAIN
DAVILA (DJP19) FOR THE CHARGE OF 9-27 USE OF UNAUTHORORIZED DRUGS OR OBSERVABLE BEHAVIOR. INMATE BATTERTON REPORTED TO
WORK IN FOOD SERVICE FOR THE AM WORK SHIFT AND COULD NOT PERFORM HISDUTIES. INMATE BATTERTON WAS WEAVING AND STUMBLING
UNABLE TO CONDUCT HIS DUTIES AND APPEARED TO BE UNDER THE INFLUENCE OF AN UNKNOWN SUBSTANCE AND ESCORTED TO MEDICAL. WHEN
QUESTIONED BY THE OFFICER IN CHARGE HE ADMITTED SMOKING K-2. INMATE BATTERTON WAS ADVISED OF THE REASON FOR HIS PLACEMENT,
HE UNDERSTOOD AND MADE NO COMMENT. INMATE BATTERTON RECEIVED CLEAN LINEN AND PERSONAL HYGIENE ITEMS. INMATE BATTERTON
RECEIVED A PRE-CONFINEMENT PHYSICAL AND OFFERED THE OPPORTUNITY TO PLACE A PHONE CALL TO NOTIFY AT LEAST THREE APPROVED
VISITORS OF DENIAL OR RESTRICTION BEFORE NEXT SCHEDULED VISITING DAY IN WHICH HE DECLINED PRIOR TO BEING PLACED IN ADMINISTRATIVE
CONFINEMENT. INMATE BATTERTON WAS ADVISED OF THE RESTRICTIONS OF VISITATION AND TELEPHONE PRIVILEGES WHILE IN CONFINEMENT.
INMATE BATTERTON'S CARD WAS DEACTIVATED PRIOR TO HIS PLACEMENT. INMATE BATTERTON'S PROPERTY WAS INVENTORIED AND STORED
IN ACCORDANCE WITH POLICY AND PROCEDURE.
```

*[Handwritten note:]* 5.5 million

*[Handwritten note:]* Please put this with all these paperwork Thank you!

```
                    FLORIDA DEPARTMENT OF CORRECTIONS            11/14/2025
ISSO150 (01)            CHARGING DISCIPLINARY REPORT                              PAGE:         2
                            LOG # 320-251093
--------------------------------------------------------------------------
DC#: J81400    INMATE NAME: PONDER, MARQUISE D.           INFRACTION
VIOLATION CODE:  0935    TITLE: E/A PER/BUS REL W/SM      DATE: 11/13/25
FACILITY CODE:  320      NAME: CFRC-MAIN                  TIME: 09:30
--------------------------------------------------------------------------
OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.
--------------------------------------------------------------------------

DELIVERY OF CHARGES:
A COPY OF THE CHARGES WILL BE PROVIDED TO YOU AT LEAST 24 HOURS PRIOR
TO THE CONVENING OF THE DISCIPLINARY HEARING UNLESS YOU WAIVE THE WAITING
PERIOD. THE HEARING MAY BEGIN ANY TIME AFTER THE 24 HOUR PERIOD UNLESS
YOU SIGN THE WAIVER.
--------------------------------------------------------------------------

DISCIPLINARY HEARING:
THE DECISION WILL BE MADE IN ADVANCE WHETHER THE HEARING WILL BE CONDUCTED
BY THE DISCIPLINARY TEAM OR THE HEARING OFFICER. YOU MAY REQUEST A HEARING
BY THE FULL DISCIPLINARY TEAM RATHER THAN THE HEARING OFFICER. YOU WILL
APPEAR IN PERSON BEFORE THE DISCIPLINARY TEAM/HEARING OFFICER UNLESS YOU
WAIVE THIS APPEARANCE BY SIGNING A WAIVER FORM. YOU WILL BE ADVISED OF
THE CHARGES PLACED AGAINST YOU AND THE RANGE OF PENALTY IF FOUND GUILTY.
YOU MAY REQUEST STAFF ASSISTANCE. THE CHAIRPERSON/HEARING OFFICER WILL READ
THE STATEMENT AND ASK YOU FOR YOUR PLEA. A GUILTY PLEA REQUIRES NO FURTHER
STATEMENT; HOWEVER, YOU MAY MAKE A STATEMENT FOR THE TEAM/HEARING OFFICER
TO CONSIDER. A NO CONTEST PLEA WILL BE TREATED AS A GUILTY PLEA. A REFUSAL
TO ENTER A PLEA WILL BE TREATED AS A NOT GUILTY PLEA. IF YOU ENTER A NOT
GUILTY PLEA, YOU WILL BE ALLOWED TO MAKE A STATEMENT ON YOUR OWN BEHALF,
PRESENT EVIDENCE AND REQUEST STAFF OR INMATE WITNESSES AS DEEMED APPROPRIATE
BY THE TEAM/HEARING OFFICER. AFTER THE TEAM/HEARING OFFICER HAS MADE A
DECISION, YOU WILL BE ADVISED VERBALLY AND IN WRITING AS TO THE DECISION AND
THE EVIDENCE RELIED UPON IN MAKING THAT DECISION. IF YOU ARE FOUND GUILTY, YOU
WILL BE ADVISED VERBALLY AND IN WRITING AS TO THE RECOMMENDED PENALTY.
--------------------------------------------------------------------------

APPEAL:
IF YOU ARE FOUND GUILTY, YOU MAY APPEAL THIS DECISION BY FILING A
FORMAL GRIEVANCE WITH THE WARDEN OF YOUR FACILITY WITHIN 15 DAYS OF
THE RECEIPT OF WRITTEN NOTICE OF THE TEAM/HEARING OFFICERS DECISION.
FOR INFORMATION REGARDING THE RULES ON DISCIPLINE, REFER TO: 33-601, F. A. C.
```

*[Handwritten note in right margin:]* Can you Attatch this to Ty Bunyon Claim please?

# Witness Statement

I __Matthew Christian__, on 01/08/26 at approximately 9:40 AM I witnessed the plaintiff slip and fell on a slippery floor due to a leak in the roof that has been ignored with no wet floor sign present. He slipped and hurt his leg/hamstring dislocated his hip and pulled his groin and has continued to express pain and urinate blood. My celly did put in a sick call to notify med staff within 24 hrs they have not done x-rays or etc. This patch of water is located behind the 1st bench in bravo one next to the stairs.

I swear under oath that the statements given are true to the best of my knowledge and belief on __01/08/26__

signed by __Matthew Christian__

DC no: __e90906__

Plaintiff who witnessed

_____ __JY1400__

    c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

| | | |
|---|---|---|
| Business, profession, or other forms of self-employment: | $ | 0 |
| Rent payments, interest, or dividends: | $ | 0 |
| Pensions, annuities, or life insurance payments: | $ | 0 |
| Gifts or inheritances: | $ | 0 |
| Stocks, bonds, or notes: | $ | 0 |
| Other sources: | $ | 0 |

3. Obligations:

| | | |
|---|---|---|
| a. Monthly rental on house or apartment: | $ | 0 |
| b. Monthly mortgage payments on house: | $ | 0 |

4. Other information pertinent to affiant's financial debts and obligations:

| Flag Ship Credit Acceptance | $16,000 | 0 |
|---|---|---|
| (Creditor) | (Total Debt) | (Monthly Payment) |

| ChaseBank | 700 | 0 |
|---|---|---|
| (Creditor) | (Total Debt) | (Monthly Payment) |

| | | |
|---|---|---|
| (Creditor) | (Total Debt) | (Monthly Payment) |

Other (explain):

_____

_____

_____

# Witness Statement

I Matthew Christion on 7/7/26 at approx 1630pm me and the plaintiff were at the chow hall to eat dinner earlier than normal due to being told the kitchen would by closing early that night. I witnessed my celly Mr Ponder walk in and scanned his ID card an alert poped up on the screen it said "please stop this inmate". The warden and administration staff are continuou to herass the plaintiff for doing nothing but practicing the law the warden and his administration also told the doulless education lady Danoski, to not allow the plaintiff entry to walk in the law library to get assistence. She also advised my celly to put in a request form which he did again. and on 7/07 she told him she would make sure he got a call out to go pick up his indigent enveloues and to make legal copies. On 7/7/26, my celley went to the law library and was told he could not enter my celly then submitted a third request to Ms. Danoski, and I am unsure of what happened. It is a fact that CFRC and the warden and administraten continue to violate his rights by not allowing high access to this court. They have also tampered with the hand book it is not listed in the handbook that we must submit a request form to access the law library it is also not listed in the FDOC handbook that weather the law library is a priveledge or a legal right. Under Florida state law and the right to due practice and process under Fl law they cannot deny him access to research study of the law and law library assistence that is a violaten of the third, fifth, sixth and 14th amendment right and I have witnessed them commit multiple violations that are federal offences this was also don the same week that FPOC came into the prison.
Plaintiff, who witnessed [signature] JY1900

Signed by Matthew Christion

DC no: E40900

3. Is spouse employed? _____N/A_____ If so, name of employer: _____N/A_____

_____

    a. Income:         Monthly $___∅___   or   Weekly $___∅___

    b. What is spouse's job title? _____

4. Are you and/or your spouse receiving welfare aid?

    If so, amount:    Monthly $___∅___   or   Weekly $___∅___

## VI. FINANCIAL STATUS:

1. Owner of real property (excluding ordinary household furnishings and clothing):

    a. Description: _____

    b. Full address: _____
                                 (Street)

    _____
    (City)        (State)        (Zip Code)

    c. In whose name? _____

    d. Estimated value:                    $ ___∅___

    e. Total amount owed:               $ ___∅___

        Owed to: _____ for  $ ___∅___

                 _____ for  $ ___∅___

    f. Annual income from property:       $ ___∅___

2. Other assets/property:

    a. Automobile: Make _____ Model _____

    In whose name registered? _____

    Present value of car:               $ ___∅___

    Amount owed:                     $ ___∅___

    Owed to: _____

    b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else: $ __6.00__