Marquis C D Ponder Main Unit
J81400
Central Florida Reception Center
7000 HC Kelley Rd
Orlando, FL 32831

LEGAL MAIL

Unit
401 W
Orlando

LEGAL MAIL

MAILED FROM A
CORRECTIONAL
FACILITY

US POSTAGE ™ PITNEY BOWES

ZIP 32831
02 4W        $ 012.10⁰
0000386936 JAN 09 2026

ed States Distric Court
Central Blvd, Suit 1200
FL 32801

LEGAL MAIL



