UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARQUISE D. PONDER,

           Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No:　6:26-cv-89-GAP-LHP

ROBINSON, C. TORLOX, STATE OF
FLORIDA and CENTRAL FLORIDA
RECEPTION CENTER,

           Defendants

## ORDER

Plaintiff's Proposed Unilateral Consent (Doc. 8), Unilateral Case Management Report (Doc. 7), Disclosure Statement (Doc. 6), and Notice of Related Cases (Doc. 5) are hereby **STRICKEN**. This case was dismissed without prejudice on January 23, 2026. *See* Doc. 4.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 2, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

**Marquise D. Ponder**
J81400
Central Florida Reception Center
7000 HC Kelly Road
Orlando, FL 32831-2518